BEFORE THE THIRD DIVISION, APRIL 5, 1956

No. 59818.—Otto Sales Company v. United States, protest 689715–G (Portland, (Oreg.).

Opinion by EKWALL, J. In accordance with rule 5 (a) of the rules of this court, the protest was dismissed for lack of prosecution.

No. 59819.—Paul A. Straub & Co., Inc. v. United States, protests 198828–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable at 20 percent under paragraph 1547 (a), and the items marked with the letter "B" at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).

No. 59820.—Naus Trimming Co., Inc. v. United States, protest 234560–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise described on the invoice as "item 5025/16"" consists of buttons, composed of a plastic base with a glass chaton inserted thereon, the claim of the plaintiff was sustained.